[No. 9043-1-II. Division Two. March 6, 1987.]

THE STATE OF WASHINGTON, *Respondent, v.* BENJAMIN LEE FRANKS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 85-1-00213-8, Karen B. Conoley, J., entered July 10, 1985. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.